Van Haltren, Plaintiff in error, vs. The State, Defend- ant in error.

*February 4—February 22, 1910.*

*Criminal law: Appeal: Sufficiency of evidence.*

The verdict in a criminal case will not be disturbed on appeal if there is any credible evidence which in any reasonable view supports it.

Error to review a judgment of the municipal court of Milwaukee county: A. C. Brazee, Judge. *Affirmed.*

For the plaintiff in error there was a brief by *W. J. Ker- shaw,* attorney, and *H. L. Eaton,* of counsel, and oral argu- ment by *Mr. Eaton.*

For the defendant in error the cause was submitted on the brief of *A. C. Backus,* district attorney, and *Norman L. Baker,* assistant, and the *Attorney General,* of counsel.

Barnes, J.   The plaintiff in error was convicted of the crime of larceny, and from a judgment entered upon the verdict of guilty he prosecutes a writ of error in this court. The sole ground relied upon for a reversal of such judgment is that the evidence was not sufficient to support the verdict. "If there is any credible evidence which in any reasonable view supports a verdict it cannot be disturbed on appeal." *Lam Yee v. State,* 132 Wis. 527, 529, 112 N. W. 425, and cases cited.   A careful examination of the testimony convinces us that there is sufficient evidence in the record to support the verdict, having in mind the rule quoted.   No useful purpose would be served by summarizing such evidence in this opinion.

*By the Court.*—Judgment affirmed.